UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHAN THISSEL,<br><br>        Plaintiff,<br><br>        v.<br><br>EXCELLIGENCE LEARNING CORPORATION,<br><br>        Defendant. | Case No. 19-cv-05421-SVK<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 16 |

The Parties are scheduled for an initial case management conference on January 7, 2020. Dkt. 11. On January 6, 2020, Plaintiff filed a motion to continue the case management conference. Dkt. 16. Plaintiff indicates that Defendant's deadline to file a responsive pleading is in late February and asks the Court to continue the case management conference. *Id*. at 2. Accordingly, the Court **CONTINUES** the case management conference to **March 17, 2020 at 9:30 a.m**. The Parties are to file a joint case management conference statement by **March 10, 2020**.

Additionally, this case may fall within the Pilot Program for Initial Discovery Protocols for Employment Cases Alleging Adverse Action. *See* General Order 71. Parties and Counsel are directed to review General Order 71 to determine whether it applies to this case and to comply with that General Order if applicable.

**SO ORDERED.**

Dated: January 6, 2020

SUSAN VAN KEULEN
United States Magistrate Judge