John F. Klopfenstein, Esq. SB#164905
Law Office of John F. Klopfenstein
9 West Gabilan Street, Suite 6
Salinas, CA. 93901
Telephone: (831) 751-3947
Fax: (831) 751-3982
e-mail: john.klopfenstein@yahoo.com

Attorney for Plaintiff
Jahan Thissel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAHAN THISSEL, | Case No.: 19-cv-05421-SVK |
| Plaintiff, | STIPULATION TO CONTINUE MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE SCHEDULED FOR MARCH 31, 2020 TO JUNE 9, 2020; ORDER |
| Vs. | |
| EXCELLIGENCE LEARNING CORP., a Corporation doing business in the State of California; and DOES 1-50, inclusive, | |
| Defendants. | |

The parties hereby agree, stipulate and request that the Court reschedule the Case Management Conference and the Motion to Dismiss Plaintiff's First Amended Complaint hearing currently scheduled for March 31, 2020, to another date agreeable to the Court.

The need for this request is because Plaintiff's counsel, John F. Klopfenstein will be on vacation on March 31, 2020, on a prepaid vacation to Hawaii leaving San Jose on March 27, 2020 through April 1, 2020 and the first Tuesday that Mr. Klopfenstein is available because of already law and motion cases scheduled in Monterey

1

County Superior Court is June 9, 2020. However, the Defendants are willing to appear on an earlier date at the Court's direction.

**IT IS SO STIPULATED**:

Dated: March 13, 2020          BY:    /John F. Klopfenstein
                                                    Attorney for Plaintiff

BY:    /Timothy M. Hoppe, Esq.
                  Timothy M. Hoppe, Esq.
                  Attorney for Defendant
                  Excellence Learning Corp

<u>ORDER</u>

**FOR GOOD CAUSE SHOWING, IT IS SO ORDERED**: The Motion to Dismiss Plaintiff's First Amended Complaint Hearing and Case Management Conference Hearing shall be continued to June 9, 2020.

Dated: March 13, 2020          BY: *Susan van Keulen* (signature)
                                       Federal ~~District~~ Magistrate
                                       ~~Hon. Susan Van Keulen~~
                                       Hon. Susan van Keulen