UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHAN THISSEL,<br><br>    Plaintiff,<br><br>    v.<br><br>EXCELLIGENCE LEARNING CORPORATION,<br><br>    Defendant. | Case No.  19-cv-05421-SVK<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Jahan Thissel filed a complaint against Defendant Excelligence Learning Corporation on August 29, 2019.  Dkt. 2.  An amended complaint was filed on November 27, 2019.  Dkt. 12.  On February 18, 2020, Defendant filed a motion to dismiss Plaintiff's first amended complaint.  Dkt. 19.  Under N.D. Cal. Civil Local Rule 7-3, Plaintiff's response to the motion was due on March 3, 2020.  As of the date of this order, Plaintiff has not filed a response.

Accordingly, the Court **ORDERS** Plaintiff to show cause why this case should not be dismissed for failure to prosecute.  Plaintiff shall submit a response to this order by **June 12, 2020 at 12:00 p.m.** and shall appear at the Order to Show Cause hearing set for **June 19, 2020 at 9:30 a.m.**  Failure to respond to this Order may result in the motion being granted and the action being dismissed for failure to prosecute.  Both the motion hearing and the case management conference set for June 9, 2020 are **VACATED**.

**SO ORDERED.**

Dated: May 6, 2020

SUSAN VAN KEULEN
United States Magistrate Judge