SEYFARTH SHAW LLP
Eric Lloyd (SBN 254390)
elloyd@seyfarth.com
Robin E. Devaux (SBN 233444)
rdevaux@seyfarth.com
Timothy M. Hoppe (SBN 310999)
thoppe@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant
EXCELLIGENCE LEARNING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAHAN THISSEL,<br><br>                     Plaintiff,<br><br>          v.<br><br>EXCELLIGENCE LEARNING CORP., a Corporation doing business in the State of California; and DOES 1 through 50, inclusive,<br><br>                     Defendants | Case No. 19-cv-05421-SVK<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S STIPULATED MOTION TO SEAL PORTIONS OF PLAINTIFF'S SECOND AMENDED<br><br>Before Hon. Susan van Keulen |

On August 5, 2020, Defendants Excelligence Learning Corporation ("Excelligence") filed its Stipulated Motion to Seal Portions of Plaintiff's Second Amended Complaint. Having read and considered the papers and the arguments of the parties, the Court orders as follows:

Defendants' Stipulated Motion to Seal is GRANTED. The following designated portions of the following document are hereby ordered sealed from public view:

| Document | Portion Requested to Be Sealed |
|---|---|
| Plaintiff's Second Amended Complaint (Dkt. No. 43) | Page 5 line 3 from "of" to ". It" <br> Page 5 line 11 from "from" to "while" <br> Page 5 line 15 from "at" to "and" <br> Page 5 line 20 from "of" to the end of the line <br> Page 9 line 3 from "to" to "despite" <br> Page 9 line 8 from "of" to end of the line |
| Exhibit C to Plaintiff's Second Amended Complaint | Redacted entirely |

**IT IS SO ORDERED.**

DATED: August 7, 2020

_____
Honorable Susan van Keulen
United States Magistrate Judge

65111030v.1

1

[PROPOSED] ORDER GRANTING DEFENDANT'S STIPULATED MOTION TO SEAL PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT / CASE NO. 19-CV-05421-SVK