SEYFARTH SHAW LLP
Eric Lloyd (SBN 254390)
elloyd@seyfarth.com
Robin E. Devaux (SBN 233444)
rdevaux@seyfarth.com
Timothy M. Hoppe (SBN 310999)
thoppe@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
EXCELLIGENCE LEARNING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAHAN THISSEL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXCELLIGENCE LEARNING CORP., a Corporation doing business in the State of California; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants | Case No. 19-cv-05421-SVK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>*[Filed concurrently with (1) Declaration of Timothy Hoppe; and (2) [Proposed] Order]*<br><br>Before Hon. Susan van Keulen<br>Complaint Filed: August 29, 2019<br>First Amended Complaint Filed:<br>　　　November 27, 2019<br>Second Amended Complaint Filed: July 30, 2020 |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Jahan Thissel and Defendant Excelligence Learning Corporation ("Excelligence"), by and through their counsel, hereby stipulate as follows:

1. On July 27, 2020, the Court granted in part and denied in part Excelligence's motion to dismiss Plaintiff's First Amended Complaint, with leave to amend within 14 days. The Court ordered that Excelligence's responsive pleading would be due 14 days from the date Plaintiff's Second Amended Complaint was filed.

2. Plaintiff filed her Second Amended Complaint on July 30, 2020. Accordingly, the current deadline for Excelligence to respond to Plaintiff's Second Amended Complaint is August 13, 2020.

3. To allow Excelligence adequate time to investigate and respond to the new allegations raised in Plaintiff's Second Amended Complaint, Plaintiff and Excelligence have agreed to extend the time for Excelligence to respond to Plaintiff's Second Amended Complaint by two weeks, from August 13, 2020 to August 27, 2020.

4. This is Plaintiff and Excelligence's first request for an extension of time for Excelligence to file a response to the Second Amended Complaint.

5. This stipulated request will not affect any other date or deadline in this case.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

//

//

//

//

//

//

//

1  DATED: August 11, 2020						LAW OFFICES OF JOHN F. KLOPFENSTEIN

							By: _____
							John F. Klopfenstein
							Attorneys for Plaintiff
							JAHAN THISSEL

DATED: August 11, 2020						SEYFARTH SHAW LLP

							By: _____
							Eric Lloyd
							Robin E. Devaux
							Timothy Hoppe
							Attorneys for Defendant
							EXCELLIGENCE LEARNING CORPORATION

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Timothy Hoppe, attest that concurrence in the filing of this Stipulation has been obtained from the signatory, John F. Klopfenstein, counsel for Plaintiff.

Executed this ___ day of August, 2020 in San Francisco, California.

By: __/s/ *Timothy Hoppe*__
    Timothy Hoppe

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the deadline for Defendant Excelligence Learning Corporation to respond to Plaintiff Jahan Thissel's Second Amended Complaint is extended from August 13, 2020 to August 27, 2020.

DATED: August 12, 2020

_____
Hon. Susan van Keulen
United States Magistrate Judge

65241148v.1